1

2

3

4

UNITED STATES DISTRICT COURT

5

DISTRICT OF NEVADA

6

* * *

7

ONA LEE WILSON,

Case No. 2:14-cv-01198-LDG-PAL

8

Plaintiff,

**REPORT OF FINDINGS AND RECOMMENDATION**

9

v.

10

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

11

Defendant.

12

   This matter is before the Court on Plaintiff Ona Lee Wilson's failure to comply with the

13

Court's Order to Show Cause (Dkt. #14).  This proceeding was referred to the undersigned

14

pursuant to 28 U.S.C. § 636(b)(1)(B) and LR IB 1-4.

15

   Plaintiff is proceeding in this action *pro se* and *in forma pauperis*.  *See* Screening Order

16

(Dkt. #2).  Her Complaint (Dkt. #4) was filed on July 31, 2014.  Defendant filed an Answer (Dkt.

17

#9) on October 3, 2014.  The undersigned issued a Scheduling Order (Dkt. #11) setting the

18

briefing deadlines for this case.  The Scheduling Order required Plaintiff to file a motion for

19

reversal and/or remand no later than November 24, 2014, and advised Plaintiff that a failure to

20

file a motion or points and authorities may result in dismissal of the action.  *Id*. at 5.  Plaintiff

21

failed to comply with the Court's Scheduling Order by filing such a motion.

22

   On June 17, 2015, the Court entered an Order to Show Cause (Dkt. #14) directing

23

Plaintiff to "show cause, in writing, **no later than July 16, 2015**, why this matter should not be

24

dismissed for a failure to file a motion for reversal and/or remand."  Plaintiff was again warned

25

that failure to file such motion would result in a recommendation to the District Judge that this

26

case be dismissed.  To date, Plaintiff has not filed a motion, requested an extension of time, or

27

taken any other action to prosecute this case.

28

   Accordingly,

1

**IT IS RECOMMENDED** that Plaintiff's Complaint (Dkt. #4) be DISMISSED.

**IT IS FURTHER RECOMMENDED** that the Clerk of the Court enter judgment accordingly.

Dated this 27th day of July, 2015.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

**NOTICE**

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court. Pursuant to Local Rule of Practice (LR) IB 3-2(a), any party wishing to object to the findings and recommendations of a magistrate judge shall file and serve *specific written objections* together with points and authorities in support of those objections, within fourteen days of the date of service of the findings and recommendations. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's Order. *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991). The points and authorities filed in support of the specific written objections are subject to the page limitations found in LR 7-4.