# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ONA LEE WILSON,

    Plaintiff,

v.

CAROLYN W. COLVIN,

    Defendants.

Case No. 2:14-cv-01198-LDG-PAL

**ORDER**

    Plaintiff Ona Lee Wilson, pursuant to 28 U.S.C. § 1915, requested leave to proceed *In Forma Pauperis*. Magistrate Judge Peggy Leen granted the request and found that, having exhausted administrative review processes through the Social Security Administration, Ms. Wilson was eligible to proceed with this cause of action. (ECF #2). Ms. Wilson filed her complaint on July 31, 2014. (ECF #16).

    In the scheduling order, Magistrate Judge Leen required that Ms. Wilson file a motion for reversal or remand by November 24, 2014, consistent with actions against the Social Security Administration. Ms. Wilson received notice that failure to file the motion may result in dismissal of the case. (ECF #11). Ms. Wilson did not comply with the scheduling order. Magistrate Judge Leen then issued an Order to Show Cause why the

case should not be dismissed. Again, Ms. Wilson received notice that if a motion for reversal or remand was not filed by July 16, 2015, Magistrate Judge Leen would recommend that the case be dismissed. (ECF #14).

Ms. Wilson again failed to file a motion. On July 27, 2015, Magistrate Judge Leen issued a recommendation that the case be dismissed. A review of the docket establishes that Ms. Wilson has not taken any action to prosecute the case. (ECF #16).

Therefore,

THE COURT **ADOPTS** the Report and Recommendation (ECF #16);

THE COURT **ORDERS** that this case is DISMISSED for Want of Prosecution.

DATED this 19 day of July, 2017.

Lloyd D. George
United States District Judge

2